■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HUNT, Petitioner, v PAUL W. METZ, as Superintendent of the Great Meadow Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied as insufficient. Nothing contained in the instant papers indicates that petitioner was illegally

detained by respondents after his original conditional release date of June 11, 1976. In addition, the court notes that petitioner has raised substantially the same issue on a prior application for the writ which was denied by the Supreme Court by order dated July 16, 1976 (see CPLR 7003 [subd b]). Greenblott, J. P., Sweeney, Kane, Mahoney and Larkin, JJ., concur.